IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOGAN HUNTER BRAINERD                                                                                PLAINTIFF

v.                                         Case No. 4:23-cv-04067

SHERIFF CHAD WARD, *et al.*                                                                        DEFENDANTS

## **ORDER**

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. After evaluating Plaintiff's *pro se* Complaint (ECF No. 1) for pre-service screening pursuant to 28 U.S.C. § 1915, Judge Bryant recommends that all of Plaintiff's claims be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for filing frivolous claims and for failing to state a claim upon which relief can be granted.

Plaintiff filed timely objections. ECF No. 9. However, Plaintiff's objections never address Judge Bryant's analysis or present coherent arguments. Instead, Plaintiff reiterates the general allegations in his complaint and presents irrelevant objections, such as requesting a judge that is not based in Texarkana, Arkansas. Accordingly, the Court reviews the instant Report and Recommendation for clear error instead of conducting a *de novo* review. *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (noting that specific objections shift a court's review from one which scrutinizes for plain error to one in which the issues are reviewed *de novo*); *and see* 28 U.S.C. § 636(b)(1).

Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 8) *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**.

Accordingly, Plaintiff's Motion to Speak with Judge (ECF No. 11) is hereby **DISMISSED as MOOT**.

    **IT IS SO ORDERED**, this 19th day of January, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge
